## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **HUGO BENITEZ VILLA**, <br> *Petitioner*, <br><br> **v.** <br><br> **JL JAMISON,** Warden, Federal Detention Center, Philadelphia; **MICHAEL T. ROSE**, Acting Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, Philadelphia Field Office, et al., <br> *Respondents*. | **Civ. No. 26-1926** |

## <u>ORDER</u>

**AND NOW**, this 2nd day of April, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) of Hugo Benitez Villa, and all corresponding briefing, it is hereby **ORDERED** as follows:

1.    The petition is **GRANTED** for the reasons stated in a memorandum to follow.

2.    Villa is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

3.    The Government shall **RELEASE** Villa from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on April 3, 2026.

4.    The Government is temporarily enjoined from re-detaining Villa for seven days following his release from custody.

5.    If the Government chooses to pursue re-detention of Villa after the seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a

neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge