IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HUGO BENITEZ VILLA,**<br>            *Petitioner*,<br><br>        **v.**<br><br>**JL JAMISON,** Warden, Federal Detention Center, Philadelphia; **MICHAEL T. ROSE**, Acting Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, Philadelphia Field Office, et al.,<br>            *Respondents*. | **Civil No. 26-1926** |

## ORDER

**AND NOW**, this 11th day of June, 2026, upon consideration of the Respondents' Certification of Compliance (ECF No. 8), it is hereby **ORDERED** that the Clerk of Courts is directed to **CLOSE** this case.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge